E-Filed: 07.28.11
JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHING TSE YU, aka "Jean Yu,"<br><br>    Defendant. | CASE NO. CV 10-00579 MMM<br>               CR 01-00790-MMM<br><br>JUDGMENT |

On January 27, 2010, petitioner Ching Tse Yu filed a motion for reduction of sentence, which the court construed as a 28 U.S.C. § 2255 petition to vacate, set aside, or correct the sentence the court imposed on her in *United States v. Ching Tse Yu*, No. CR 07-00790 MMM. On July 28, 2011, the court denied the motion as a second and successive petition over which it lacked jurisdiction.

IT IS THEREFORE ORDERED AND ADJUDGED

    1. That petitioner's § 2255 motion be dismissed for lack of jurisdiction; and

    2. That the action be, and it hereby is, dismissed.

DATED: July 28, 2011

                                                                  MARGARET M. MORROW<br>                                               UNITED STATES DISTRICT JUDGE